670 A.2d 1057

JOHN F. ALDRICH v. RICHARD R. HAWRYLO, ET AL.

November 15, 1995.

## ORDER

Leave to appeal is granted.

670 A.2d 1057

JOHN F. ALDRICH v. RICHARD R. HAWRYLO, ET AL.

November 15, 1995.

## ORDER

Leave to appeal is granted.

670 A.2d 1057

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY v. LIBER-TY MUTUAL INSURANCE CO. AND CENTENNIAL INSUR-ANCE COMPANY, ET AL., AND AMERICAN INSURANCE COMPANY, ET AL.

December 1, 1995.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.